

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

RTP:OO

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

April 13, 2022

<u>By ECF and Email</u>

The Honorable Nicholas G. Garaufis
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

        Re:   In re: Motion to Close Courtroom
              <u>Miscellaneous Docket No. 22-1150</u>

Dear Judge Garaufis:

      A proceeding in the above referenced-case is scheduled for April 14, 2022 at 2:30 p.m. before Your Honor. The government respectfully submits under separate cover a motion and proposed order to close the courtroom for the proceeding and requests, for reasons set forth therein, that the motion and any order entered by the Court be filed under seal. Counsel for the defendant has been advised and provided with a copy of this letter and the enclosed motion and proposed order.

                                        Respectfully submitted,

                                        BREON PEACE
                                        United States Attorney

                      By:   /s/
                              Olatokunbo Olaniyan
                              Assistant U.S. Attorney
                              (718) 254-6317

cc:     Defense Counsel (via email)